**Order entered December 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01499-CV

### IN RE THE HONORABLE SUZANNE WOOTEN, Relator

**Original Proceeding from**
**Collin County, Texas**

## ORDER
Before Justices Schenck, Reichek and Evans

Before the Court are relator's December 6, 2019 petition for writ of mandamus and emergency motion for temporary relief. We request respondent and real parties in interest file their responses, if any, to the petition as well as the motion for temporary relief, **by 9:00 a.m. MONDAY, DECEMBER 9, 2019.**

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE